UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division
**Case Number: 08-22532-CIV-MORENO**

MANUEL ECHEVARRIA,

    Movant,

vs.

UNITED STATES OF AMERICA,

    Respondent.
_____/

**CLOSED CIVIL CASE**

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION AND DENYING MOTION TO VACATE

THE MATTER was referred to the Honorable Patrick A. White, United States Magistrate Judge for a Report and Recommendation on Movant's Motion to Vacate **(D.E. No. 1)**, filed on **September 12, 2008**. The Magistrate Judge filed a Report and Recommendation **(D.E. No. 15)** on **June 5, 2009**. The Court has reviewed the entire file and record. The Court has made a *de novo* review of the issues that the objections to the Magistrate Judge's Report and Recommendation present, and being otherwise fully advised in the premises, it is

**ADJUDGED** that United States Magistrate Judge Patrick A. White's Report and Recommendation **(D.E. No. 15)** on **June 5, 2009** is **AFFIRMED** and **ADOPTED**. Accordingly, it is

**ADJUDGED** that the Movant's Motion to Vacate is DENIED. This case is CLOSED and all pending motions are DENIED as moot.

DONE AND ORDERED in Chambers at Miami, Florida, this 9th day of June, 2009.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:
United States Magistrate Judge Patrick A. White
Counsel of Record