UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: **08-22532-CIV-MORENO**

MANUEL ECHEVARRIA,

    Plaintiff,

vs.

UNITED STATES OF AMERICA,

    Defendant.

_____/

## ORDER DENYING CERTIFICATE OF APPEALABILITY

THIS CAUSE came before the Court upon the United States Court of Appeal for the Eleventh Circuit's Order Remanding Case for Ruling on Certificate of Appealability **(D.E. No. 27)**.

It is ADJUDGED that

A certificate of appealability **shall not issue** because Plaintiff has failed to make a substantial showing of the denial of a constitutional right. *See* 28 U.S.C. § 2253(c)(2).

DONE AND ORDERED in Chambers at Miami, Florida, this 13 day of November, 2009.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:

Clerk's Office Appeals Section

Counsel of Record